IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE CHATTANOOGA DIVISION

| | |
|---|---|
| BRENDA PATRICK, AUTUMN HOGUE AND STEVEN BARGER AS GUARDIAN AND NEXT BEST FRIEND OF SAMANTHA BARGER,<br><br>Plaintiffs,<br>v.<br><br>TIMOTHY WATSON and BURDEN INDUSTRIES, LLC,<br><br>Defendants. | No. _____<br><br>Judge _____<br><br>Magistrate Judge_____<br><br>Jury Demand |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendants, Burden Industries, LLC and Timothy J. Watson ("Defendants"), by counsel, file this Notice of Removal of this action from the Circuit Court in Hamilton County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee, based upon diversity of citizenship and an amount in controversy exceeding $75,000.00. The grounds for removal are as follows.

**Procedural Background**

1. This action was commenced on or about June 5, 2023, by Plaintiffs' filing of the Complaint in the Hamilton County Circuit Court in Chattanooga, Tennessee, Case No. 23C621 (the "Complaint"). True and accurate copies of the pleadings served upon the Defendants in this action are attached as Exhibit A.

2. The Complaint was served on Defendant Burden Industries, LLC, on or about June 15, 2023, by service upon its registered agent. Mr. Watson was served with the Complaint on or about June 15, 2023. The Notice of Removal is being filed within thirty (30) days after

service of the Complaint in the matter; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of negligence (Complaint, p. 3) The Complaint seeks damages in the amount not to exceed $150,000.00 from each Defendant for each Plaintiff (Id. at p. 4).

4. Plaintiff Brenda Patrick is a citizen and resident of Tennessee. (Id., at ¶ 1).

5. Plaintiff Autumn Hogue is a citizen and resident of Tennessee. (Id., at ¶ 2).

6. Plaintiff Steven Barger is a citizen and resident of Tennessee. (Id., at ¶ 3).

7. Defendant Burden Industries, LLC, is a corporation organized under the laws of the State of Texas, with its principal place of business in Houston, Texas.

8. Defendant Timothy J. Watson is a citizen of Ringgold, Georgia.

9. The United States District Court for the Eastern District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the real parties, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

10. A copy of this Notice of Removal is being served by United States Mail on counsel for Plaintiffs, and a Notice of Filing of Notice of Removal is being filed with the Hamilton County Circuit Court in Chattanooga, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

8. Defendants demand a jury to try this case.

WHEREFORE, Defendants, Burden Industries, LLC, and Timothy J. Watson pray this Court consider the Notice of Removal as provided by law governing removal of cases to this Court

and that this Court enter the appropriate orders to effect the removal of this case from the Hamilton County Circuit Court to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/ *John R. Tarpley*
John R. Tarpley, BPR # 9661
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366

*Attorney for Burden Industries, LLC and Timothy J. Watson.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be served on the following counsel of record via the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail and/or email.

>Joshua Ward, Esq.
>Lacey W. Rorex, Esq.
>Massey & Associates, PC
>6400 Lee Highway, Ste. 101
>Chattanooga, TN 37421

This the 6th day of July, 2023.

/s/ *John R. Tarpley*
John R. Tarpley
