# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| DANNY L. NEAL, | ) |
| | ) **CONSOLIDATED** |
| Plaintiff, | ) |
| | ) No. 1:23-cv-000149 |
| v. | ) |
| | ) JUDGE CHARLES E. ATCHLEY, JR. |
| TIMOTHY WATSON and BURDEN INDUSTRIES, LLC, | ) |
| | ) MAGISTRATE JUDGE CHRISTOPHER H. STEGER |
| Defendants. | ) |
| | ) JURY DEMAND |
| And | ) |
| | ) |
| BRENDA PATRICK, AUTUMN HOGUE AND STEVEN BARGER AS GUARDIAN AND NEXT BEST FRIEND OF SAMANTHA BARGER, | ) No. 1:23-cv-000150 |
| | ) |
| | ) JUDGE CHARLES E. ATCHLEY, JR. |
| | ) |
| | ) MAGISTRATE JUDGE CHRISTOPHER H. STEGER |
| Plaintiffs, | ) |
| | ) |
| v. | ) JURY DEMAND |
| | ) |
| TIMOTHY WATSON and BURDEN INDUSTRIES, LLC, | ) |
| | ) |
| Defendants. | ) |

## JOINT PETITION FOR APPROVAL OF MINOR SETTLEMENT AND DISMISSAL OF ALL CLAIMS

COMES NOW the parties, by and through this Joint Petition for Approval of Minor's Settlement and Dismissal of All Claims, and, in order to conclude any and all claims which exist between the parties as it relates to the minor plaintiff Samantha Barger, and in order to secure approval of the settlement of all claims asserted by or on behalf of the minors and plaintiff Steven Barger, legal guardian and next best friend of the minor (collectively, the "Plaintiffs"), as a result of the alleged injuries and damages arising out of an incident occurring on or about June 8, 2022,

in Hamilton County, Tennessee, to set a hearing to approve the minor's settlement as required by Tennessee Code Annotated § 29-34-105, would respectfully show unto this Honorable Court as follows:

1. Plaintiff Samantha Lynn Barger was born on August 25, 2010.

2. Steven Barger is the minor's legal guardian and father. Minor spends weekends and some holidays with her father, Steven Barger, in Hamilton County, Tennessee, but primarily resides with her mother in Georgia.

3. Defendant Burden Industries LLC ("Burden Industries") is a Texas business with a principal place of business located in Houston, Texas.

4. Defendant Timothy Watson is a resident of Catoosa County, Georgia.

5. The parties submit to the jurisdiction of this Honorable Court for purposes of obtaining approval of this minor's settlement.

6. On June 8, 2022, the minor was involved in an incident while riding as passengers in a vehicle operated by Plaintiff Brenda Patrick. An incident occurred in which the Burden Industries vehicle, being operated by Timothy Watson, made impact with the Plaintiffs' vehicle. Steven Barger joins in this cause for any and all damages sustained by the minor as a result of the subject incident.

7. Defendants do not admit liability and/or fault as a result of the subject occurrence and the statements herein and payments are extended in an effort to completely and amicably resolve issues in dispute among the parties.

8. Following the subject incident, the minor was evaluated and treated at the Baroness Erlanger Medical Center Emergency Department in Chattanooga, Tennessee. Minor complained of upper back/neck and shoulder pain. Minor's X-ray's of her upper back/neck and shoulders

revealed no acute fractures or structural injuries. However, the primary concern pertained to minor's type I diabetes. Her treating physicians were concerned about the possibility that her insulin pump was dislodged during the accident resulting in Minor's blood glucose level to rise to near dangerous levels. Minor's insulin pump was replaced, and she was instructed to use over the counter prescriptions like ibuprofen or Tylenol to manage the pain in her sprained upper back/neck and shoulders.

8. Plaintiff agrees that any liens will be satisfied from the settlement proceeds described herein.

9. The parties would show that they have reached a proposed compromised settlement of all claims that the minor may have against Defendants and their liability insurance carrier, Starr Adjustment Services, Inc., subject to approval of this Honorable Court, for the total sum of FIFTEEN THOUSAND DOLLARS and 00/100 CENTS ($15,000.00), for any and all claims that the minor may have both now and that may arise in the future, arising out of the subject incident that occurred June 8, 2022.

10. Plaintiffs agree that the total settlement sum of FIFTEEN THOUSAND DOLLARS and 00/100 CENTS ($15,000.00) will be paid to plaintiff Steven Barger for the use and benefit of the minor. The $15,000.00 settlement shall be disbursed as follows:

| | | |
|---|---|---|
| a. | Samantha Lynn Barger: | $15,000.00 |
| | Less attorney fees and expenses: | $5,814.74 |
| | Less liens and medical expenses: | $6,520.79 |
| | **Net Recovery:** | **$2,664.47** |

11. It is understood by the parties that payment of FIFTEEN THOUSAND DOLLARS and 00/100 CENTS ($15,000.00) to the minor, through her father Steven Barger as minor's legal

guardian, completely extinguishes, releases, acquits and discharges Defendants and all other persons and entities from any and all liability and responsibility to the minors as well as any individual(s) on the minors' behalf, as well as any and all other claims of any nature whatsoever as pertaining to the minors.

12. Further, it is understood by the parties that upon payment of the above referenced amount, the minor, as well as any individual(s) on behalf of the minor, including but not limited to plaintiff Steven Barger, will be forever barred from asserting any further claims against Defendants and/or its insurance carrier(s), for any and all claimed injuries, claims, liens, damages, losses, medical bills, or from receiving any additional monies of any nature as it relates to the minors and arising from the subject incident which occurred June 8, 2022, as described herein.

13. To the extent the pleadings filed herein do not comply with the requirements of Tennessee Code Annotated, Title 34, Chapters 1, 2 and 3, the parties respectfully request the Court waive such requirements pursuant to Tenn. Code Ann. § 34-1-121. The parties request the Court to find that it is in the best interest of the minor to waive such requirements as strict compliance would be too costly or place an undue burden on the minor.

14. The parties have joined in and sought approval of this Honorable Court for the aforementioned compromised settlement, and that plaintiff Steven Barger, as natural and legal guardian of minor, believe that the proposed settlement is fair and request that the Court so find that the settlement is fair and in the minor's best interests.

15. In support of this Joint Petition, the affidavit of Steven Barger is attached hereto as Exhibit A.

**WHEREFORE, PREMISES CONSIDERED, PLAINTIFFS PRAY:**

1. That the Court approves the lump-sum settlement as proposed and set out hereinabove and in the supporting affidavit of Steven Barger;

2. That upon the payment of the above sum, Defendants be relieved and released from any and all future liability as to the minor by reason of aforesaid incident and injury to the minor.

3. That the parties hereto have such other, further and general relief as the Court may deem proper.

Respectfully submitted,

LEWIS THOMASON

By: /s/ John R. Tarpley
John R. Tarpley, BPR No. 9661
J. Logan Punch, BPR No. 042578
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
Jtarpley@lewisthomason.com
Lpunch@lewisthomason.com

*Attorneys for Burden Industries, LLC*

MASSEY & ASSOCIATES PC

By: */s/ Joshua Ward (by John Tarpley w/permission)*
Joshua Ward, BPR No. 031329
Lacey W. Rorex, BPR No. 038110
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
(423) 967-4529
josh@masseyattorneys.com
Lacey@masseyattorneys.com

*Attorneys for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February 2024, I served the foregoing Petition on the below-referenced parties by electronic filing with the Court's ECF system.

Joshua Ward, Esq.
Lacey W. Rorex, Esq.
Massey & Associates, PC
6400 Lee Highway, Ste. 101
Chattanooga, TN 37421

Fred S. Clelland
Warren & Griffin, P.C.
736 Georgia Avenue, Suite 100
Chattanooga, TN 37402

*/s/ John R. Tarpley*
John R. Tarpley