IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE CHATTANOOGA DIVISION

| | |
|---|---|
| BRENDA PATRICK, AUTUMN HOGUE, and STEVEN BARGER as Guardian and next best friend of Samantha Barger.<br><br>Plaintiff,<br><br>V.<br><br>TIMOTHY WATSON and BURDEN INDUSTRIES LLC,<br><br>Defendants. | No. 1:23-cv-00149<br><br>Judge Atchley<br><br>Magistrate Judge Steger |

**AGREED ORDER APPROVING MINOR'S SETTLEMENT
AND ORDER OF COMPROMISE AND DISMISSAL**

Comes now Plaintiffs Steven Barger and Samantha Lynn Barger, a minor, b/n/f Steven Barger (hereinafter referred to as the "Petitioners"), and Timothy Watson and Burden Industries, LLC., and Tennessee Farmers Mutual Insurance Company (the UM carrier), (hereinafter collectively referred to as the "Parties"), hereto, agreeing to the same, at which time, the Parties, themselves or through their counsel, represented to the Court that all matters in controversy between them have been compromised and settled, subject to the approval of the Court, said approval being necessary because Samantha Lynn Barger is a minor. Thereupon, the Court considered the testimony of the legal guardian of Samantha Lynn Barger, in reference to the court-approved settlement and the record as a whole, and from all of which the Court finds and concludes as follows for the purpose of rendering a judgment:

1. On or about the 8th day of June, 2022, the minor, Samantha Lynn Barger (hereinafter "Samantha") was a passenger in a vehicle driven by Brenda Patrick. On that date, the

vehicle driven by Timothy Watson and owned by Burden Industries, LLC., was involved in a motor vehicle accident which occurred on Amnicola Highway in Hamilton County, Tennessee.

2. The accident required Samantha Barger to undergo medical treatment.

3. Samantha Barger incurred medical expenses for this treatment totaling $6,520.79. (The amount has been reduced to $2,270.75, and this amount has to be repaid out of the settlement monies.)

4. The Court finds that the matter involves disputed issues of fact.

5. The Court further finds that the Parties have agreed to compromise and settle the claim for a total sum of $15,000.00 (FIFTEEN THOUSAND DOLLARS and 00/100 CENTS).

6. The minor's father, Steven Barger, believes that this settlement is fair and reasonable under the circumstances.

7. The Court further finds the attorney's fees and expenses of $5,814.74 to be fair and reasonable, and the Court approves the attorney's fees and expenses incurred.

8. The Court further finds that the money being paid to settle the claim of minor Samantha Lynn Barger will be paid in a lump sum to Steven Barger, as father and legal guardian, to be used in the manifest best interest of the minor. The net payment to the minor (after payment of attorney fees and expenses and reimbursement of the medical lien) is $6,944.51.

9. The Court further finds that the Parties desire the minor's claim to be settled, and the Court, based upon the consideration of all the foregoing, and the record as a whole, concludes that the settlement is a fair and just settlement that the settlement is in the best interest of the minor, and that the same should be approved.

10. The Court finds that the amount of recovery that the Petitioners are receiving to be held for the minor does not exceed $25,000.00 and thus, is within the jurisdiction of the Court in

accordance with T.C.A. § 34-1-101, *et seq.*, to excuse the Petitioners from posting any bond to receive the proceeds of this settlement.

11. The Court further finds that the parties desire the minor's claim to be settled, and the Court, based upon the consideration of all of the foregoing, and the record as a whole, concludes that the settlement is a fair and just settlement, and that the same should be approved.

It is therefore **ORDERED, ADJUDGED AND DECREED** that all of the foregoing be, and the same hereby is, the Order and Judgment of the Court.

It is further **ORDERED, ADJUDGED AND DECREED** that the Petitioners acknowledge payment of the following sums and accordingly, this Judgment is satisfied in full, to wit:

Steven Barger agrees to accept the amount of $15,000.00 individually and on behalf of the minor, Samantha Lynn Barger, to be used in the manifest best interest of said minor.

It is further **ORDERED, ADJUDGED AND DECREED** that the Petitioners acknowledge payment of the aforestated sums and accordingly, the Petitioners' claim is **SATISFIED IN FULL**.

It is further **ORDERED, ADJUDGED AND DECREED** that the Petitioners shall hold Timothy Watson, Burden Industries, LLC., and Tennessee Farmers Mutual Insurance Company (the UM carrier), harmless from and agree to indemnify them for any claims for payment or subrogation claim that may be asserted by any health care provider of the minor Petitioner or any medical expenses which were incurred as a result of the automobile accident on or about June 8, 2022 in Hamilton County, Tennessee.

It is further **ORDERED, ADJUDGED AND DECREED** that Timothy Watson, Burden Industries, LLC., and Tennessee Farmers Mutual Insurance Company (the UM carrier), shall and

are hereby forever finally discharged from any and all liability, claims, demands, known or unknown, or otherwise that the Plaintiffs may now have or hereafter have against the Defendants as a result of the automobile accident on or about June 8, 2022 in Hamilton County, Tennessee and that the Timothy Watson and Burden Industries, LLC., are hereby completely released from any and all claims, known or unknown, now or hereafter.

It is further **ORDERED, ADJUDGED AND DECREED** that causes of action herein of the minor Petitioner and of Steven Barger, individually, be and the same, hereby are dismissed **WITH FULL PREJUDICE**, without the right of the Petitioners to refile the same. No discretionary costs are assessed in this cause.

All the foregoing, be and the same, hereby is the Order and Judgment of this Court.

_____
JUDGE

**APPROVED FOR ENTRY:**

_____
STEVEN BARGER

**APPROVED FOR ENTRY:**

MASSEY & ASSOCIATES PC

*/s/ Joshua Wared (by John Tarpley w/permission)*
Joshua Ward, BPR No. 031329
Lacey W. Rorex, BPR No. 038110
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
(423) 967-4529
josh@masseyattorneys.com
Lacey@masseyattorneys.com

*Attorneys for plaintiffs*

**LEWIS THOMASON, P.C.**


By: */s/ John R. Tarpley*
John R. Tarpley, BPR No. 9661
J. Logan Punch, BPR No. 042578
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN  37219
(615) 259-1366
Jtarpley@lewisthomason.com
Lpunch@lewisthomason.com

*Attorneys for Burden Industries, LLC.*



*/s/ Michael R. Campbell (by John Tarpley w/permission)*
Michael R. Campbell, BPR No. 002149
Hunter A. Campbell BPR No. 038567
735 Broad Street, Ste. 1200
Chattanooga, TN 37402-1835
Telephone: 423-266-1108

Attorneys for Tennessee Farmers Mutual Insurance Company

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May 2024, I served the foregoing **AGREED ORDER APPROVING MINOR'S SETTLEMENT AND ORDER OF COMPROMISE AND DISMISSAL** on the below-referenced parties by electronic filing with the Court's ECF system.

Fred S. Clelland
Warren & Griffin, P.C.
736 Georgia Avenue, Suite 100
Chattanooga, TN 37402

Joshua Ward
Lacey W. Rorex
Massey & Associates, P.C.
6400 Lee Highway, Suite 101
Chattanooga, TN 37421

Michael R. Campbell, Esq.
Hunter A. Campbell, Esq.
735 Broad Street, Ste. 1200
Chattanooga, TN 37402-1835

*Attorneys for Plaintiff*

*/s/ John R. Tarpley*
John R. Tarpley