UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| DANNY L. NEAL, | ) | **CONSOLIDATED** |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:23-cv-149 |
| v. | ) | Lead Case |
| | ) | |
| TIMOTHY J. WATSON and BURDEN INDUSTRIES, LLC, | ) | Judge Atchley |
| | ) | Magistrate Judge Steger |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| BRENDA PATRICK, AUTUMN HOGUE, and STEVEN BARGER, as guardian and next best friend of Samantha Barger, | ) | Case No. 1:23-cv-150 |
| | ) | Member Case |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | Magistrate Judge Steger |
| BURDEN INDUSTRIES, LLC, and TIMOTHY WATSON, | ) | |
| | ) | |
| *Defendants*. | ) | |

# ORDER

Before the Court is the Joint Petition for Approval of Minor Settlement and Dismissal of All Claims [Doc. 23], seeking approval of a $15,000 settlement of the claims of Plaintiff Steven Barger, as guardian and next friend of Samantha Barger ("Petitioners"), and other relief. Pursuant to T.C.A. § 29-34-105, the Court conducted a hearing on this matter on May 30, 2024. The Court also required submission of additional information regarding the proposed attorneys' fees and, following the hearing, requested the parties submit an updated and amended agreed order, which they promptly filed. [Doc. 30].

Applicable law requires the Court to determine (1) whether the settlement is in the best interest of the minor Plaintiff, (2) what is fair and reasonable compensation to Petitioners' attorneys, and (3) whether the proceeds should be paid to Plaintiff Steven Barger as the minor's legal guardian or held in trust by the Court for an appropriate length of time. *See Sherrard v. City of East Ridge*, 2023 WL 6166463, *2 (E.D. Tenn. Sept. 21, 2023). Determining whether attorneys' fees are fair and reasonable requires the Court to consider the ten factors set out in Tennessee Rule of Professional Conduct 1.5. *Wright ex rel. Wright v. Wright*, 337 S.W.3d 166, 176-77 (Tenn. 2011).

As set forth in the amended proposed agreed order [Doc. 30], the $15,000 settlement will be applied as follows: $2,240.75 for Samantha Barger's medical expenses[1]; $5,814.74 award of attorneys' fees to counsel for Steven Barger, as guardian and next friend of Samantha Barger; and a net payment to Steven Barger of $6,944.51. The parties propose the net recovery be paid to Steven Barger to be used in the manifest best interest of the minor.

The Court has considered the record in this case, including Mr. Barger's declaration and representations at the hearing, the Affidavit of Joshua Ward on behalf of Massey & Associates, PC, and counsel's representations and argument at the hearing. The Court has further considered the factors set out in Tennessee Rule of Professional Conduct 1.5, to the extent applicable. In particular, the Court has considered the fee customarily charged in this area for similar legal services; the amount involved and results obtained; the nature and length of the relationship between Massey & Associates, PC, and these Plaintiffs; and the experience, reputation, and ability of the lawyers who provided services. Based on these factors and the record before the Court, the Court finds the proposed attorneys' fee award is fair and reasonable.

---

[1] The amended proposed order states the medical repayment total is $2,270.75. Counsel for the parties represent that this was a typographical error and the correct sum is $2,240.75.

2

Case 1:23-cv-00150-CEA-CHS    Document 25    Filed 06/12/24    Page 2 of 5    PageID #: 119

The Court further finds the settlement to be in the best interest of the minor Plaintiff and finds it appropriate for the proceeds to be paid to Plaintiff Steven Barger as the minor's legal guardian. The settlement and proposed disbursement of funds is therefore **APPROVED**.

In addition, the Court makes the following findings and determinations, as requested jointly by agreement of the parties:

1. On or about the 8th day of June 2022, the minor, Samantha Lynn Barger was a passenger in a vehicle driven by Brenda Patrick. On that date, the vehicle driven by Timothy Watson and owned by Burden Industries, LLC, was involved in a motor vehicle accident which occurred on Amnicola Highway in Hamilton County, Tennessee.

2. The accident required Samantha Barger to undergo medical treatment.

3. Samantha Barger incurred medical expenses for this treatment totaling $6,520.79. (The amount has been reduced to $2,270.75, and this amount has to be repaid out of the settlement monies.)

4. The matter involves disputed issues of fact.

5. The Parties have agreed to compromise and settle the claim for a total sum of $15,000.00 (FIFTEEN THOUSAND DOLLARS and 00/100 CENTS).

6. The minor's father, Steven Barger, believes that this settlement is fair and reasonable under the circumstances.

7. The attorneys' fees and expenses of $5,814.74 are fair and reasonable, and the Court approves the attorneys' fees and expenses incurred.

8. The money being paid to settle the claim of minor Samantha Lynn Barger will be paid in a lump sum to Steven Barger, as father and legal guardian, to be used in the manifest best

interest of the minor. The net payment to the minor (after payment of attorney fees and expenses and reimbursement of the medical lien) is $6,944.51.

9. The Parties desire the minor's claim to be settled, and upon the consideration of the record, the Court concludes the settlement is fair and reasonable, is in the best interest of the minor, and is approved.

10. The amount of recovery does not exceed $25,000.00 and thus, it is within the jurisdiction of the Court in accordance with T.C.A. § 34-1-101, *et seq.*, to excuse Petitioners from posting any bond to receive the proceeds of the settlement.

On the agreement of the Parties, the Court finds that Steven Barger acknowledges and agrees to accept the amount of $15,000, individually and on behalf of the minor, Samantha Lynn Barger, to be used in the manifest best interest of said minor.

The Court finds that Petitioners acknowledge payment of this sum and accordingly, the Petitioners' claim is **SATISFIED IN FULL**.

It **ORDERED, ADJUDGED, AND DECREED** that the Petitioners shall hold Timothy Watson, Burden Industries, LLC, and Tennessee Farmers Mutual Insurance Company (the UM carrier), harmless from and agree to indemnify them for any claims for payment or subrogation that may be asserted by any health care provider of the minor Petitioner or any medical expenses which were incurred as a result of the automobile accident on or about June 8, 2022, in Hamilton County, Tennessee.

It is further **ORDERED, ADJUDGED, AND DECREED** that Timothy Watson, Burden Industries, LLC, and Tennessee Farmers Mutual Insurance Company (the UM carrier), are finally discharged from any and all liability, claims, and demands, known or unknown, that Petitioners may now have or hereafter have against the Defendants as a result of the automobile accident on

or about June 8, 2022, in Hamilton County, Tennessee, and that Timothy Watson and Burden Industries, LLC, are hereby completely released from any and all claims, known or unknown, now or hereafter.

It is further **ORDERED** that all claims asserted in this case by Steven Barger, as guardian and next friend of Samantha Barger, as well as any claims asserted by Steven Barger individually, are **DISMISSED WITH PREJUDICE**. No discretionary costs are assessed.

There being no just reason for delay, a final judgment will separately enter as to Petitioners' claims pursuant to Federal Rule of Civil Procedure 54(b).

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE